# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **TANGELA BAGLEY, et al** | * | **CASE NO. 5:23-cv-00186** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE HICKS** |
| | * | |
| **OFFICER ALEXANDER TYLER, et al** | * | **MAGISTRATE HORNSBY** |

## PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), and it appearing that the parties may request and exchange confidential information, including information that is related to pending criminal investigations and/or prosecutions and is exempt from disclosure under the Louisiana Public Records Act, and confidential and personal information about the City of Shreveport and its employees, and that the parties may depose individuals who have knowledge of such confidential information, and it appearing that a protective order is necessary in order for the parties to freely exchange such information and minimize potential delays in this proceeding;

**IT IS HEREBY ORDERED** that any documents and information, including the substance and content thereof, designated by the producing party as "CONFIDENTIAL", including but not limited to any documents or items produced in response to formal requests for discovery in this litigation and deposition transcripts, shall be subject to the terms of this Protective Order as set forth below:

1. Any party or non-party producing or filing documents or other materials in this

1

Litigation ("a Producing Party") may designate those documents or materials (or any portion of the information contained in them) confidential by typing or stamping on the front of the document, or on the portion(s) of the document for which confidential treatment is designated, "CONFIDENTIAL." If the document or information is not in paper form, the producing person shall use other reasonable means as necessary to clearly identify the documents or information as "CONFIDENTIAL."

2. All documents or other materials designated "CONFIDENTIAL" by the producing party shall be used for the purpose of this lawsuit only, and for no other purpose or use.

3. The parties and their attorneys shall not give, show, or otherwise divulge or disclose the documents or other materials designated as "CONFIDENTIAL", or any copies, prints, negatives, or summaries thereof, to any entity or person other than: (a) the Court or any Court staff or employees to whom disclosure is reasonably necessary for this litigation; (b) the parties to this Litigation, including their officers, directors, and their employees to the extent necessary to conduct the litigation; (c) counsel for the parties, and other employed by or associated with them to whom the attorneys of record reasonably believe it necessary to show the documents or other materials for purposes of this litigation; (d) fact witnesses who are providing testimony in this litigation and it is necessary to show the documents or other materials to the witness during his/her testimony; (e) consultants, investigators, and experts specifically retained by or on behalf of a party in connection with this litigation; and (f) court reporters engaged for depositions and those persons, if any, specifically engaged for the limited purpose of photocopying or assisting in the photocopying or delivery of documents or the retrieval of

electronically stored information in connection with this litigation.

4. Before any such confidential information, or substance or summary thereof, shall be disclosed to any fact witness or to any consultant, investigator, or expert retained by the parties, the parties' attorneys shall tender a copy of this Order to each fact witness, consultant, investigator, or expert in order that each entity or person to whom such disclosure of confidential information is made shall be on notice and fully informed that the existence, terms, and substance of this Protective Order is, and is intended to be, equally binding upon him or her, as well as upon the parties and their counsel. Each such fact witness, consultant, investigator, or expert to whom such confidential information has been disclosed shall provide a Declaration of Compliance, sample attached hereto, stating that he/she has received a copy of this Protective Order, that the fact witness, consultant, investigator, or expert will not give, show, or otherwise divulge any of the confidential information or any copies, prints, or summaries thereof to any entity or person other than the parties or their attorneys and their staff.

5. Nothing in this Order shall be deemed a waiver of the parties' rights to (a) oppose discovery on grounds other than that said documents and information sought constitute or contain confidential information; (b) object on any ground to the admission in evidence of any confidential information at any hearing or trial of this matter; or (c) request the Court to place under seal any information produced.

6. All documents and materials designated as "CONFIDENTIAL" shall be treated as confidential pursuant to the terms of this Protective Order until further Order of the Court. The parties may challenge the designation of any material as confidential or otherwise apply to this Court by motion at any time during the pendency of this case for a ruling upon good

cause shown that materials not be treated as confidential.

7. Nothing herein shall prevent any party from using the confidential information in connection with the trial, any hearing, deposition, or other public proceeding in this matter (including, but not limited to disclosure or presentation to witnesses and their counsel, as well as to the jury or factfinder) as long as it is used under seal or other protections are implemented to prevent disclosure of the confidential information.

8. Upon the completion of the trial and appeal, if any, in this action, or at the satisfaction of any judgment, or upon conclusion of any settlement, if any, the parties and their attorneys, experts, and consultants shall return to the producing party the documents designated as confidential and any and all copies, prints and negatives thereof within their possession, custody or control. Attorneys may maintain their work product documentation related to confidential material in compliance with their obligation to their clients under the Rules of Professional Conduct.

THUS DONE AND SIGNED in Shreveport, Caddo Parish, Louisiana on this ___ day of August, 2023.

_____
DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| TANGELA BAGLEY, et al | * | CASE NO. 5:23-cv-00186 |
| | * | |
| VERSUS | * | DISTRICT JUDGE HICKS |
| | * | |
| OFFICER ALEXANDER TYLER, et al | * | MAGISTRATE HORNSBY |

## DECLARATION OF COMPLIANCE

I have received a copy of the Protective Order entered in this litigation on _____, 2023. I have carefully read and understand the provisions of this Protective Order and agree to comply with all provisions therein.

I will hold in confidence, and will not disclose to anyone not qualified under the Protective Order, any information, documents, or other materials produced subject to the Protective Order. I will only use such information, documents, or other materials produced subject to this Protective Order for purposes of this litigation. Upon termination of this litigation, or upon request, I will return and deliver all information, documents, or other materials produced subject to this Protective Order, and all documents or things which I have prepared relating thereto, which documents are subject of the Protective Order, to my counsel in this litigation, or to counsel for the party by whom I am employed or retained or from whom I received the documents.

I hereby submit to the jurisdiction of the United States District Court Western District of Louisiana, Shreveport Division, for purposes of enforcing the Protective Order in this

Litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this \_\_\_\_ day of _____, 202\_\_.

_____
NAME (Printed)

_____
SIGNATURE

_____
STREET ADDRESS

_____
CITY, STATE, ZIP

_____
TELEPHONE NUMBER

_____
EMAIL